Printed: 01/03/11 12:10 PM

## Claims Distribution Small Checks

**Case:** 07-32419 - SYROCO, INC.
**Trustee:** William J. Leberman (520180)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 92000186254468 | 248 | 12/30/10 | 2 | 08/06/07 | 610 | U.S. Bankruptcy Court STAUFFER P.O. BOX 45 RED HILL, PA 18076 | 31.96 | 31.96 | 2.70 | 2.70 | $2.70 |

(*) Denotes objection to Amount Filed

RECEIVED
JAN 04 2011
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

FILED
2011 JAN -4 AM 11:21
CLERK OF THE BANKRUPTCY COURT
N.D. OF NY
SYRACUSE

Page: 1