Printed: 03/31/11 10:43 AM

Page: 1

**Stale Check Report**

RECEIVED APR 01 2011 OFFICE OF THE BANKRUPTCY CLERK SYRACUSE, NY

Trustee: William J. Leberman (520180)
Case: 07-32419 - SYROCO, INC.

| Account No. | Check No. | Issued | Payee | Check Amount |
|---|---|---|---|---|
| 9200-0186254468 | 263 | 03/31/11 | Clerk, U.S. Bankruptcy Court | $4,494.96 |

| Cancelled Account No. | Cancelled Check No. | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-0186254468 8 | 107 | | 08/10/07 | 610 | EASTERN COMPUTER WAREHOUSE 3470 Erie Bvd East Syracuse, NY 13214 | 3,461.43 | 3,461.43 | 292.70 | 292.70 |
| 9200-0186254468 57 | 148 | | 08/21/07 | 610 | PLASTIC EXPRESS 15450 SALT LAKE AVENUE CITY OF INDUSTRY, CA 91745-112 | 22,819.00 | 22,819.00 | 1,929.59 | 1,929.59 |
| 9200-0186254468 63 | 154 | | 08/27/07 | 610 | AIRGAS EAST 2730 ERIE BOULEVARD EAST SYRACUSE, NY 13224 | 1,647.73 | 1,647.73 | 139.33 | 139.33 |
| 9200-0186254468 81 | 167 | | 08/30/07 | 610 | M & D BUILDING CENTER 306 NORTH WRIGHT STREET SILOAM SPRINGS, AR 72761 | 444.66 | 444.66 | 37.60 | 37.60 |
| 9200-0186254468 142 | 206 | | 11/21/07 | 610 | FIRST UNUM LIFE INSURANCE COMPANY c/o Heather Sullivan Senior Paralegal UNUM,2211 Congress St C-495 Portland, ME 04122 | 24,783.82 | 24,783.82 | 2,095.74 | 2,095.74 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.

rec'd CK #4,494.96 to 4/1/11

PAID 4/1/11

FILED

2011 APR -1 AM 11:54

CLERK OF THE BANKRUPTCY COURT N.D. OF NY SYRACUSE