**SO ORDERED.**

Dated: January 23, 2014
Syracuse, New York

Margaret Cangilos-Ruiz
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In Re:

SYROCO, INC.

                **Debtor**

Chapter 7
**ORDER DIRECTING PAYMENT OF REFUND**
Case No. 07-32419

Pursuant to the Order Setting a Hearing on the Application for the Refund of Unclaimed Funds and Prescribing Service, and the Application for the Refund of Unclaimed Funds having been made by William J. Leberman, the Chapter 7 Trustee appointed in this case, in the amount of $2,096.74 having been previously turned over to the Court as unclaimed funds of First Unum Life Insurance Company and the Court having considered the Application and finding that the relief sought is warranted, it is hereby;

**ORDERED** that the Application is approved and the Clerk of the Court is directed

to pay to William J. Leberman, Chapter 7 Trustee the sum of $2,095.74 representing a refund of unclaimed funds to be applied as a refund on claim #142 in the estate.

###